An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNIE LONG, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65867

**FILED**

JUL 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

The notice of appeal was untimely filed. NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

14-24110

cc:    Hon. Elissa F. Cadish, District Judge
Ronnie Long, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk